Richard GALLIPEAU et al.

v.

Maureen JORDAN.

No. 79–275–A.

Supreme Court of Rhode Island.

July 2, 1981.

Joseph J. Macioci, Turner C. Scott, Newport, for plaintiffs.

Stephen E. Cicilline, Providence, for respondent.

## ORDER

This case is assigned to the *show cause* calendar.

The plaintiffs are directed to appear on a date to be assigned and show cause why their appeal should not be dismissed on the grounds that the trial justice was apparently correct in refusing to add plaintiffs' moving expenses to the costs awarded plaintiffs under their fourteen-month old judgment.